# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CLIFTON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEAN PIERRE, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01325 DLB PC<br><br>ORDER DIRECTING CLERK OF COURT TO FILE LODGED SECOND AMENDED COMPLAINT<br><br>(Document 11) |

　　　　Plaintiff William Clifton ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on August 21, 2013.

　　　　Pursuant to Court order, Plaintiff filed a First Amended Complaint on April 11, 2014.

　　　　On May 15, 2014, Plaintiff submitted a Second Amended Complaint ("SAC"). The SAC was lodged because there was a First Amended Complaint on the docket.

　　　　As the Court has not yet screened the First Amended Complaint, the Court will permit the filing of the SAC.

1

Accordingly, the Clerk of Court is ORDERED to file the lodged SAC (Document 11). The SAC will be screened in due course.

IT IS SO ORDERED.

Dated:   **September 11, 2014**                    /s/ Dennis L. Beck
                                                                  UNITED STATES MAGISTRATE JUDGE