UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CLIFTON,<br><br>        Plaintiff,<br><br>    v.<br><br>JEAN PIERRE and TALLEY,<br><br>        Defendants. | No. 1:13-cv-01325-DAD-DLB<br><br>ORDER REGARDING DEFENDANTS' REQUEST FOR CLARIFICATION<br><br>(Doc. No. 35)<br><br>ORDER DISMISSING DEFENDANT PIERRE |

      Plaintiff William Clifton is a prisoner in the custody of the California Department of Corrections and Rehabilitation proceeding pro se and in forma pauperis on his third amended complaint in this civil rights action.

      On July 27, 2016, the court granted defendants' motion to dismiss plaintiff's state law claims and ordered defendants to file a response to the remaining claims of the complaint within twenty-one days. (Doc. No. 34.) On July 29, 2016, defendants filed a request for clarification as to which defendants remain in this action. (Doc. No. 35.) Defendants are correct in their expressed belief that the state law claims against defendant Jean Pierre have been dismissed, and

/////

/////

1

because those were the only claims pending against him, defendant Jean Pierre is dismissed from this action.

IT IS SO ORDERED.

Dated: **August 16, 2016**

　　　　　　　　　　　　　　　　　　　　/s/ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE